UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA,<br><br>      Plaintiff,<br><br>vs.<br><br>CSC APPLIED TECHNOLOGIES, LLC, etc.,<br><br>      Defendant,<br><br>AND RELATED THIRD-PARTY CLAIM. | 2:10-cv-315-PMP-RJJ<br><br><u>O R D E R</u> |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on November 30, 2010.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;

2. Shall identify the discovery that remains outstanding;

3. Shall identify any pending discovery motions; and,

4. Shall detail all attempts to settle the case.

DATED this  26th  day of October, 2010.

                                                                ROBERT J. JOHNSTON<br>
                                                                 United States Magistrate Judge