UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CSC APPLIED TECHNOLOGIES, LLC, a Delaware limited liability company,<br><br>　　　　　Defendant. | 2:10-CV-00315-PMP-GWF<br><br><br><br><br><br>**ORDER** |
| CSC APPLIED TECHNOLOGIES, LLC, a Delaware limited liability company,<br><br>　　　　　Third-Party Plaintiff<br><br>vs.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 631, | |

　　　　Before the Court for consideration are Third-Party Defendant International Brotherhood of Teamsters, Local 631's Motion for Judgment on the Pleadings (Doc. #42) filed June 29, 2011, and Motion for Summary Judgment (Doc. #43) also filed June 29, 2011. To date, no response has been filed by any party with respect to either motion. Moreover, a review of Third-Party Defendant's motions show that

Third-Party Defendant International Brotherhood of Teamsters, Local 631 is entitled to the relief requested on the merits.

**IT IS THEREFORE ORDERED that** Third-Party Defendant International Brotherhood of Teamsters, Local 631's Motion for Judgment on the Pleadings (Doc. #42) and Motion for Summary Judgment (Doc. #43) are **GRANTED.**

DATED: July 28, 2011.

*/s/ Philip M. Pro*

---
PHILIP M. PRO
United States District Judge