Adam P. Segal, Esq.
Nevada Bar No. 6120
Aaron B. Fricke, Esq.
Nevada Bar No. 11129
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 464-7000
Facsimile: (702) 382-8135

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA,<br><br>Plaintiffs,<br><br>vs.<br><br>CSC APPLIED TECHNOLOGIES, LLC, a Delaware limited liability company,<br><br>Defendant.<br><br>―――――――――――――――――<br>CSC APPLIED TECHNOLOGIES, LLC, a Delaware limited liability company,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 631<br><br>Third-Party Defendant. | Case No. 2:10-cv-00315-PMP-GWF<br><br>**MOTION TO LIFT STAY AND RESET DEADLINES FOR DISPOSITIVE MOTIONS** |

Plaintiffs, the Trustees of the Teamsters Local 631 Security Fund ("Fund") hereby submit this Motion to lift the stay imposed by the Court's Minute Order of September 7, 2011 (ECF No. 50), and to reset deadlines for filing of dispositive motions sixty (60) days from the date the stay

20036\107\1587756.2                    1

is lifted.

The Fund and Plaintiff/Third-Party Plaintiff, CSC Applied Technologies, LLC ("CSC") participated in a Settlement Conference on September 7, 2011, in accordance with the Court's June 22, 2011, order. No settlement was reached.

Third-Party Defendant International Brotherhood of Teamsters Local 631 ("Union") has informed the Fund that it will not participate in any follow up settlement conference, and the Fund wishes to advise the Court that further settlement conferences will not be useful.

Accordingly, the Court should lift the stay of these proceedings, and reset the deadline for dispositive motions to sixty (60) days from the date of entry of the order

DATED this 21st day of September, 2011.     BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Aaron Fricke
Adam P. Segal, Esq.
Nevada Bar No. 6120
Aaron B. Fricke, Esq.
Nevada Bar No. 11129
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 464-7000
Facsimile: (702) 382-8135

Attorneys for Plaintiffs

**ORDER**

**IT IS SO ORDERED.**

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**DATED:   September 22, 2011**

20036\107\1587756.2                    2

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of Brownstein Hyatt Farber Schreck, LLP and that on this 21st day of September, 2011, I served true copy of the foregoing **MOTION TO LIFT STAY AND RESET DEADLINES FOR DISPOSITIVE MOTIONS** upon:

Patrick Domholdt, Esq.
In-House Counsel for Teamsters 631
700 N. Lamb Blvd.
Las Vegas, Nevada  89110
(patrickd@teamsters631.com)

*Attorney for Third-Party Defendant,*
*International Brotherhood of Teamsters, Local 631*

Robert Rosenthal, Esq.
Howard & Howard Attorneys, PLLC
3800 Howard Hughes Parkway, Suite 1400
Las Vegas, Nevada 89169
(rrosenthal@howardandhoward.com)

*Attorney for Defendant, CSC Applied Technologies, LLC*

☒   a.   **BY CM/ECF System**

**I declare under penalty of perjury that the foregoing is true and correct.**

/s/ Ebony Davis
An Employee of Brownstein Hyatt Farber Schreck, LLP

20036\107\1587756.2                                     3