Howard & Howard Attorneys PLLC
Robert L. Rosenthal, Esq.
NV Bar No. 6476
3800 Howard Hughes Pkwy., Ste. 1400
Las Vegas, NV 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
E-Mail Address: rlr@h2law.com
*Attorneys for Defendant/Third Party Plaintiff*
*CSC Applied Technologies, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA,<br><br>Plaintiff,<br><br>vs.<br><br>CSC APPLIED TECHNOLOGIES, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.: 2:10-CV-315-PMP-GWF<br><br>**STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT AGAINST DEFENDANT WITH PREJUDICE** |
| CSC APPLIED TECHNOLOGIES, LLC, a Delaware limited liability company,<br><br>Third Party Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 631,<br><br>Third Party Defendant. | |

Howard & Howard Attorneys PLLC
3800 Howard Hughes Pkwy., Ste. 1400
Las Vegas, NV 89169
(702) 257-1483

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Trustees of the Teamsters Local 631 Security Fund for Southern Nevada, and Defendant, CSC Applied Technologies, LLC, by and through their attorneys of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. Each party is to bear her/his/its own attorneys' fees and costs, except as otherwise agreed.

WHEREFORE, the parties respectfully request that Plaintiff's Complaint against Defendant in this matter be dismissed *with prejudice*, with each party to bear its own costs and attorneys' fees, except as otherwise agreed.

DATED this 6th day of December 2011.

/s/ Adam P. Segal, Esq.
Adam P. Segal, Esq.
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Attorneys for Plaintiff

/s/ Robert L. Rosenthal, Esq.
Robert L. Rosenthal, Esq.
Howard & Howard Attorneys PLLC
3800 Howard Hughes Pkwy., Ste. 1400
Las Vegas, NV 89169
Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Date: December 7, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE